**No. 39267.**—Protest 4553–G of R. H. Macy & Co. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39268.**—Protests 65512–G, etc., of A. Beller & Co. et al. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39269.**—Protest 841961–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise is similar to that covered by *Borgfeldt* v. *United States* (T. D. 48585).   The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 39270.**—Protest 939616–G of Nippon Trading Co. (San Francisco).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Borgfeldt* v. *United States* (T. D. 48585) the wooden forks in question were held dutiable at 33⅓ percent under paragraph 412 as claimed and incense similar to that passed upon in *Woolworth* v. *United States* (T. D. 47647) was held free of duty under paragraph 1703.

**No. 39271.**—Protest 935419–G of Butler Bros. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of photo frames plated with silver similar to those the subject of *Woolworth* v. *United States* (T. D. 47857).   The claim at 50 percent under paragraph 339 as household utensils was therefore sustained.

**No. 39272.**—Protest 866608–G of Butler Bros. (Pembina).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of photo frames plated with silver similar to those the subject of *Woolworth* v. *United* *States* (T. D. 47857).   The claim at 50 percent under paragraph 339 as household utensils was therefore sustained.

**No. 39273.**—Protests 834026–G, etc., of New York Merchandise Co. (Los Angeles).